UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS TILLMAN,<br>    Plaintiff, | CASE NO. 4:24-CV-10084 |
| | HON. PATRICIA T. MORRIS |
| V. | HON. MAG. SHALINA D. KUMAR |
| ERICH KENT, et al.,<br>    Defendants. | |

_____/

THE CROMER LAW GROUP PLLC
RONNIE E. CROMER JR. (P59418)
Attorney for Plaintiff Tillman
24901 Northwestern Hwy.
Suite 612
Southfield, MI. 48075
(248) 609-6790 (Office)
(248) 587-7344 (Facsimile)
rcromerjr@thecromerlawgroup.com
_____/

### **APPEARANCE OF COUNSEL**

**PLEASE TAKE NOTICE** that attorney **RONNIE E. CROMER, JR.,** of **THE CROMER LAW GROUP, PLLC,** is hereby entering an appearance in the above cause for **TRAVIS TILLMAN**.

                                  Respectfully submitted,

                                  THE CROMER LAW GROUP, PLLC

                                              **/s/ RONNIE E. CROMER, JR.**
                                              Ronnie E. Cromer, Jr.,
                                              Attorney for Mr. Travis Tillman

DATED:    OCTOBER 17, 2024